IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TYRONE RODNEY GARFIELD, SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN COLVIN, Commissioner ) <br> of the Social Security ) <br> Administration and SOCIAL ) <br> SECURITY ADMINISTRATION, ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. CV413-8 |

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections were filed. Plaintiff has, however, filed a copy of his denied request for review by the Social Security Appeals Council. (Doc. 6.) After a careful de novo review of the record, the Court **DECLINES TO ADOPT** the report and recommendation. Instead, the Court **REFERS** this case back to the Magistrate Judge with instructions to reassess the merits of Plaintiff's claim in light of Plaintiff's recent attempt to cure his filing deficiencies.

SO ORDERED this 24th day of April 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA