# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| TYRONE RODNEY GARFIELD, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV413-008 |
| ) | |
| CAROLYN COLVIN, ) | |
| *Commissioner of Social Security*, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In a Report and Recommendation ("R&R"), the Court recommended that this case be dismissed because Tyrone Garfield had "failed to allege any facts suggesting that he applied for and been denied benefits, much less that the Commissioner's decision denying such benefits was final." (Doc. 3 at 2.) In objection, he submitted records from the administrative proceeding showing that he had, in fact, received a final decision denying benefits. (Doc. 6.) The district judge assigned to the case thus declined to adopt the R&R, so the matter is once again before the undersigned. (Doc. 7.)

The Court thus **DIRECTS** the Clerk to forward a copy of Garfield's complaint and this Order to the Marshal for service upon Carolyn Colvin, Commissioner of the Social Security Administration.[1] Service shall be effected in compliance with Rule 4(i)(2) of the Federal Rules of Civil Procedure.

**SO ORDERED** this 28th day of May, 2013.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Since he is indigent (doc. 3), Garfield is entitled to have service effected by the U.S. Marshal. Fed. R. Civ. P. 4(c)(3); *Fowler v. Jones*, 899 F.2d 1088, 1094 (11th Cir. 1990).