IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TYRONE RODNEY GARFIELD, SR.,     )
                                 )
     Plaintiff,                  )
                                 )
v.                               )   CASE NO. CV413-008
                                 )
CAROLYN COLVIN, Commissioner of  )
Social Security,                 )
                                 )
     Defendant.                  )
                                 )

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 19), to which no objections have been filed. After a careful de novo review of the record in this case, the Court concurs with the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of May 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA